[860 NE2d 987, 827 NYS2d 684]

CATHY LEMPERT, Appellant, v STEINBERG & POKOIK MANAGEMENT CORP. et al., Respondents.

Decided December 21, 2006

### APPEARANCES OF COUNSEL

*Friedman & James LLP*, New York City (*John P. James* of counsel), for appellant.

*Herzfeld & Rubin, P.C.*, New York City (*Linda M. Brown* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and defendants' motion for summary judgment denied. Questions of fact exist concerning whether a slippery substance on the floor caused plaintiff's injuries and, if so, whether defendants' negligence created the condition.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO and PIGOTT. Judges ROSENBLATT, READ and SMITH dissent and vote to affirm for the reasons stated in the memorandum by the Appellate Division (32 AD3d 215 [2006]).